AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL S. FRANCIS, an individual,
WILLIAM E. CARPENTER, JR., in his
capacity as the Executor of the Estate
of JENNY L. FRANCIS, deceased
and MICHAEL H. SCHWARTZ, an
individual,



ENTERED
JAN 4 2002
U.S. DISTRICT COURT
WHEELING

    Plaintiffs,

    vs.

**JUDGMENT IN A CIVIL CASE**
Civil Action No. 5:99-cv-151

PENNPOWER, INC., a Delaware corporation,
and TAMROCK CORP., formerly known as
TAMPELLA CORP., a Finnish corporation,

    Defendants.

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to F.R.C.P. 58, that a judgment be entered. It is therefore

    ORDERED the judgment is awarded to the plaintiffs against the defendants in the amount of $250,000.00, plus pre-judgment interest thereon. Post-judgment interest shall accrue under the applicable federal statute. Judgment for plaintiffs shall be entered on the claims asserted by the defendants in their counterclaim. It is further

ORDERED that since nothing further remains in this civil action, the same is dismissed and stricken from the docket of this Court.

Dated this 4th day of January 2002

Wally Edgell, Clerk

By _Clara McCollul_
Deputy Clerk